**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMARIS RUIZ DE CRUZ,<br>Petitioner,<br>v.<br>WARDEN, *et al.*,<br>Respondents. | Case No. 2:26-cv-08277-RAO<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS** |

On July 27, 2026, Petitioner Damaris Ruiz de Cruz ("Petitioner," A# 206-225-624), represented by counsel, filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, challenging her immigration detention as violations of due process under the Fifth Amendment, the Immigration and Nationality Act, and "Bond Regulations." Dkt. No. 1 ("Pet.") Petitioner seeks immediate release. *Id*. at 20.

In light of Respondents' non-opposition to the Petition, the Court GRANTS the unopposed Petition and ORDERS Respondents to:

///

///

///

(1) Release Petitioner from custody immediately;

(2) Return all property to Petitioner that was confiscated from her when she was arrested and processed into detention; and

(3) File a status report with the court within three (3) business days of Petitioner's release, attesting to Respondents' compliance with this Order.

DATED: August 5, 2026

Rozella A. Oliver

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE