JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DAMARIS RUIZ DE CRUZ,
Petitioner,
v.
WARDEN, *et al.*,
Respondents.

Case No. 2:26-cv-08277-RAO

**JUDGMENT**

Pursuant to the court's Order Granting Petitioner Damaris Ruiz de Cruz's ("Petitioner," A# 206-225-624) Unopposed Petition for Writ of Habeas Corpus ("Petition," Dkt. 1),

IT IS ORDERED AND ADJUDGED that the Petition (Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner's favor.

DATED: August 5, 2026

Rozella A. Oliver

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE